**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST, N.A., as Securities Intermediary <br><br> Defendant. | No. 1:22-cv-907-JLH |
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST, N.A., as Securities Intermediary <br><br> Defendant. | No. 1:22-cv-910-JLH |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ameritas Life Insurance Corp. and Defendant Wilmington Trust, N.A., as Securities Intermediary hereby submit this Stipulation of Voluntary Dismissal with prejudice of each of the Parties' claims and counterclaims without an award of fees or costs to any party.

Dated:  August 11, 2023

Respectfully Submitted,

/s/ Kaan Ekiner
Kaan Ekiner (No. 5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
kekiner@cozen.com


OF COUNSEL:

Michael J. Miller (*pro hac vice*)
Joseph M. Kelleher (*pro hac vice*)
Philip J. Farinella (*pro hac vice*)
COZEN O'CONNOR
One Liberty Plaza, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mjmiller@cozen.com
jkelleher@cozen.com
pfarinella@cozen.com

*Attorneys for Plaintiff Ameritas Life
Insurance Corp.*

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
K&L GATES LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

OF COUNSEL:

Harry S. Davis (*pro hac vice*)
Robert E. Griffin (*pro hac vice*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
(212) 756-2000

*Attorneys for Defendant Wilmington
Trust, National Association, as
Securities Intermediary*

## ~~[PROPOSED]~~ ORDER

**AND NOW**, this ___15th___ day of August, 2023, upon consideration of Plaintiff, Ameritas Life Insurance Corp. and Defendant Wilmington Trust, N.A., as Securities Intermediary's Stipulation of Voluntary Dismissal, it is hereby **ORDERED** that Plaintiff, Ameritas Life Insurance Corp.'s Amended Complaint against Defendant, Wilmington Trust, N.A., as Securities Intermediary, and Defendant, Wilmington Trust, N.A., as Securities Intermediary's Counterclaims against Plaintiff, Ameritas Life Insurance Corp., are **DISMISSED** with prejudice.

DATED: 8/15/2023

BY THE COURT:

_____
The Honorable Jennifer L. Hall, U.S.M.J.